PETER J. BENVENUTTI (Bar No. 60566)
PETER J. CROSBY (Bar No. 115588)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104
Telephone:    415-772-6000
Facsimile:    415-772-6268
Email:  peter.benvenutti@hellerehrman.com

MARK S. KAUFMAN (Admitted Pro Hac Vice)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
Telephone:    (404) 527-4000
Facsimile:    (404) 527-4198
Attorneys for Plaintiff
Lehman Brothers Holdings Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON M. OLINER, as Chapter 11 Trustee of The Kontrabecki Group Limited Partnership, and LEHMAN BROTHERS HOLDINGS INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN KONTRABECKI,<br><br>Defendant. | Case No. C06-03787 CRB<br><br>**STIPULATION RE CONTINUANCE OF HEARING DATES ON (1) MOTION OF LEHMAN BROTHERS HOLDINGS INC. TO DEFER PROCEEDINGS ON MOTION FOR WITHDRAWAL OF REFERENCE PENDING DISPOSITION OF MOTIONS BY BANKRUPTCY COURT AND (2) DEFENDANT KONTRABECKI'S MOTION TO WITHDRAW REFERENCE;  [PROPOSED] ORDER THEREON** |
| In re<br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a, CEIDCO,<br>Debtor, | Bk. No. 02-30419-11-DM<br>Chapter 11 |
| In re<br>THE KONTRABECKI GROUP, LP,<br>Debtor, | Bk. No. 02-30421-11-DM<br>Chapter 11 |

Heller
Ehrman LLP

STIP RE CONTINUANCE OF HEARING DATES
ORDER THEREON
Civ. No. 06-3787 CRB

Pursuant to Local Rule 7-7, Plaintiff Lehman Brothers Holdings, Inc. ("Lehman"), on the one hand, and Defendant John Kontrabecki ("Kontrabecki") on the other hand, by and through their respective attorneys of record, hereby stipulate and agree, and respectfully request an order of the Court, as follows:

WHEREAS Kontrabecki has filed his Motion to Withdraw the Reference of the above entitled Adversary Proceeding ("Motion to Withdraw Reference"), and a hearing thereon has been set for September 8, 2006; and

WHEREAS Lehman has filed its Motion to Defer Proceedings on Motion for Withdrawal of Reference Pending Disposition of Motions by Bankruptcy Court ("Motion to Defer") and a hearing thereon has been set by the Court for August 18, 2006; and

WHEREAS, due to a scheduling conflict, Kontrabecki's counsel is unavailable on August 18, 2006 to appear at the hearing on the Motion to Defer scheduled by the Court for that date.; and

WHEREAS, the parties wish to postpone the hearing on the Motion to Withdraw Reference to September 29, in order to extend the time for the parties to file their respective opposition and reply briefs on the Motion to Withdraw Reference beyond the date the Court is scheduled to hear and decide the Motion to Defer, without prejudice to either party seeking a further postponement of the hearing date and briefing schedule on the Motion to Withdraw Reference if the Court grants the Motion to Defer, and without prejudice to Lehman seeking a one-week postponement of the hearing date and briefing schedule on the Motion to Withdraw Reference if the Court denies the Motion to Defer.

NOW THEREFORE, the parties hereto stipulate and agree:

1. The hearing on the Motion to Defer shall be continued from August 18, 2006 and shall take place before the Court on August 25, 2006, at 10:00 a.m. or as soon thereafter as counsel may be heard;

2. The hearing on the Motion to Withdraw Reference be continued from September 8, 2006 and shall take place before the Court on September 29, 2006, at 10:00 a.m. or as soon thereafter as counsel may be heard; the parties acknowledge and agree that this continuance is without prejudice to (a) either party seeking a further postponement of the hearing date and briefing schedule on the Motion to Withdraw Reference if the Court grants the Motion to Defer, and (b) Lehman seeking a

Heller Ehrman LLP

STIP RE CONTINUANCE OF HEARING DATES
ORDER THEREON
Civ. No. 06-3787 CRB

- 2 -

one-week postponement of the hearing date and briefing schedule on the Motion to Withdraw Reference if the Court denies the Motion to Defer, which postponement, if sought by Lehman, will not be opposed by Kontrabecki.

The parties hereto respectfully request that the Court enter an Order according to these stipulated terms.

Dated: July 25, 2006                                              Respectfully submitted,

HELLER EHRMAN LLP                                ALLEN MATKINS LECK GAMBLE
McKENNA LONG & ALDRIDGE, LLP          MALLORY & NATSIS LLP
                                                                          FARELLA BRAUN & MARTEL LLP

By /s/ Peter J. Crosby
   Peter J. Crosby                                      By /s/ Robert H. Sloss
Attorneys for Plaintiff Lehman Brothers          Robert H. Sloss
Holdings Inc.                                                    Defendant John T. Kontrabecki.

**ORDER**

The Court having considered the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The hearing on the Motion to Defer shall be continued from August 18, 2006 and shall take place on August 25, 2006 at 10:00 a.m.  Briefing by the parties shall be submitted in accordance with the Local Rules of this Court.

2. The hearing on the Motion to Withdraw Reference shall be continued from September 8, 2006 and shall take place on September 29, 2006 at 10:00 a.m.; briefing by the parties shall be submitted in accordance with the Local Rules of this Court; provided, however, that as stipulated by the parties, this continuance shall be without prejudice to (a) either party seeking a further postponement of the hearing date and briefing schedule on the Motion to Withdraw Reference if the Court grants the Motion to Defer, and (b) Lehman seeking an additional one-week postponement of the hearing date and briefing schedule on the Motion to Withdraw Reference if the Court denies the Motion to Defer.

IT IS HEREBY SO ORDERED.

Dated:  July 26, 2006     .

_____
United Sta



Heller
Ehrman LLP

STIP RE CONTINUANCE OF HEARING DATES
ORDER THEREON                                                       3
Civ. No. 06-3787 CRB