1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   ARON M. OLINER, as Chapter 11 Trustee
     of The Kontrabecki Group Limited
11   Partnership, and LEHMAN BROTHERS              No. C 06-03787 CRB
     HOLDINGS INC.,
12                                                 **ORDER**
                         Plaintiffs,
13
     v.
14
     JOHN KONTRABECKI,
15
                         Defendant.
16
     BK Adversary Proceeding No. 03-3264 DM
17
     _____/
18

           Now pending before the Court is the motion of Lehman Brothers Holdings Inc. to
19
     defer proceedings on John Kontrabecki's Motion to Withdraw the Reference.  After carefully
20
     considering the pleadings filed by the parties, the Court concludes that oral argument is
21
     unnecessary.  See Local Rule 7-1(b).  The Court in its discretion GRANTS Lehman
22
     Brothers' motion.  Any delay occasioned by this process is minimal.
23
           **IT IS SO ORDERED.**
24

25
     Dated: August 24, 2006              _____
26                                       CHARLES  R. BREYER
                                         UNITED STATES DISTRICT JUDGE
27

28

G:\CRBALL\2006\3787\orderredefer.wpd

United States District Court

For the Northern District of California

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28