Robert R. Moore (State Bar No. 113818)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4015
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
rmoore@allenmatkins.com

Robert H. Sloss (State Bar No. 87757)
Tyler C. Gerking (State Bar No. 222088)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-Mail: tgerking@fbm.com

Attorneys for Defendant
JOHN KONTRABECKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON M. OLINER, et al,<br><br>           Plaintiffs,<br>v.<br><br>JOHN KONTRABECKI,<br><br>           Defendant.<br><br>BK Adversary Proceeding No. 03-3264 DM | Case No. 06-03787 CRB<br><br>**STIPULATED REQUEST FOR EXTENSION OF BRIEFING SCHEDULE**<br><br>Date:      December 8, 2006<br>Time:      10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:    Hon. Charles R. Breyer |
| In re<br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a CEIDCO,<br>           Debtor. | Bk. No. 02-30419-11-DM<br>Chapter 11 |
| In re<br>THE KONTRABECKI GROUP LP,<br>           Debtor. | Bk. No. 02-30421-11-DM<br>Chapter 11<br><br>[Jointly Administered] |

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST TO APPROVE
EXTENSION OF BRIEFING SCHEDULE
-- Case No. 06-03787 CRB

17690\1105080.1

1    Plaintiff Lehman Brothers Holdings Inc. ("Lehman") and Defendant John Kontrabecki,
2 through their undersigned counsel, hereby stipulate as follows:
3    1.    On October 23, 2006, the Court granted a Stipulated Request re Briefing and
4 Hearing Schedule and for Authority to File Over-Length Briefs on Motion for Withdrawal of
5 Reference ("First Stipulated Order"), which established an agreed upon briefing and hearing
6 schedule for Mr. Kontrabecki's Motion to Withdraw Reference of Adversary Proceeding
7 ("Motion to Withdraw"), originally filed on June 6, 2006 and subsequently withdrawn.
8    2.    The briefing and hearing schedule established in the First Stipulated Order was as
9 follows:
10       a.    Mr. Kontrabecki's revised opening papers were to be served by November
11 3, 2006.
12       b.    Lehman's opposition was to be served by November 17, 2006.
13       c.    Mr. Kontrabecki's reply was to be served by November 27, 2006.
14       d.    The hearing was to be held December 8, 2006, at 10:00 a.m.
15    3.    Counsel for Mr. Kontrabecki asked Lehman's counsel to stipulate to a brief
16 extension of the schedule set forth in the First Stipulated Order, largely because Mr.
17 Kontrabecki's principal counsel has been in trial for most of the last two weeks in Humboldt
18 County.
19    4.    Subject to Court approval, the parties have agreed to modify the briefing schedule
20 established in the First Stipulated Order as follows:
21       a.    Mr. Kontrabecki's revised opening papers shall be served and filed by
22 November 8, 2006.
23       b.    Lehman's opposition shall be served and filed by November 22, 2006.
24       c.    Mr. Kontrabecki's reply shall be served and filed by November 29, 2006.
25       d.    The hearing shall still be held on December 8, 2006, at 10:00 a.m.
26    5.    Notwithstanding the above agreed upon briefing and hearing schedule, Lehman
27 reserves its right, after review of Mr. Kontrabecki's revised opening papers, to request more than
28 14 days, but not to exceed 21 days, to serve and file its opposition.  Should the Court grant

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO APPROVE
EXTENSION OF BRIEFING SCHEDULE
-- Case No.  06-03787 CRB

17690\1105080.1

1  Lehman's requested extension, which extension Mr. Kontrabecki will not oppose, Mr.
2  Kontrabecki shall serve and file his reply within 7 days of the date Lehman's opposition is served
3  and filed, and the hearing shall be held on December 15, 2006, at 10:00 a.m.

Dated:  November 3, 2006         FARELLA BRAUN & MARTEL LLP
                                 ALLEN MATKINS LECK GAMBLE MALLORY
                                    & NATSIS LLP


                                 By:  /s/ Tyler C. Gerking

                                      Tyler C. Gerking
                                 Attorneys for John Kontrabecki


Dated:  November 3, 2006         HELLER EHRMAN LLP
                                 McKENNA LONG & ALDRIDGE LLP


                                 By:  /s/ Mark S. Kaufman

                                      Mark S. Kaufman
                                 Attorneys for Lehman Brothers Holdings, Inc.


**ORDER**

IT IS SO ORDERED.

Dated:  Novmeber 6, 2006         _____
                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO APPROVE
EXTENSION OF BRIEFING SCHEDULE    - 2 -                         17690\1105080.1
-- Case No.  06-03787 CRB