Robert R. Moore (State Bar No. 113818)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4015
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
rmoore@allenmatkins.com

Robert H. Sloss (State Bar No. 87757)
Tyler C. Gerking (State Bar No. 222088)
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-Mail: tgerking@fbm.com

Attorneys for Defendant
JOHN KONTRABECKI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON M. OLINER, et al,<br><br>               Plaintiffs,<br>v.<br><br>JOHN KONTRABECKI,<br><br>               Defendant.<br><br>BK Adversary Proceeding No. 03-3264 DM | Case No. 06-03787 CRB<br><br>**STIPULATED REQUEST TO ALLOW JOHN KONTRABECKI TO FILE A REPLY BRIEF OF 25 PAGES**<br><br>Date:      December 8, 2006<br>Time:     10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge:    Hon. Charles R. Breyer |
| In re<br>CENTRAL EUROPEAN INDUSTRIAL DEVELOPMENT COMPANY, LLC d/b/a CEIDCO,<br><br>               Debtor. | Bk. No. 02-30419-11-DM<br>Chapter 11 |
| In re<br>THE KONTRABECKI GROUP LP,<br><br>               Debtor. | Bk. No. 02-30421-11-DM<br>Chapter 11<br><br>[Jointly Administered] |

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED REQUEST TO ALLOW REPLY
BRIEF OF 25 PAGES -- Case No. 06-03787 CRB

17690\1121816.1

1  Plaintiff Lehman Brothers Holdings Inc. ("Lehman") and Defendant John Kontrabecki,
2 through their undersigned counsel, hereby stipulate that the reply brief Mr. Kontrabecki intends to
3 file in support of his Motion to Withdraw the Reference may exceed the 15-page limit set forth in
4 Civil Local Rule 7-4(b) by up to 10 additional pages, but may not be in excess of 25 pages total.

Dated:  November 29, 2006

FARELLA BRAUN & MARTEL LLP
ALLEN MATKINS LECK GAMBLE MALLORY
    & NATSIS LLP


By: /s/

Tyler C. Gerking
Attorneys for John Kontrabecki

Dated:  November 29, 2006

HELLER EHRMAN LLP
McKENNA LONG & ALDRIDGE LLP


By:   /s/ Mark S. Kaufman

Mark S. Kaufman
Attorneys for Lehman Brothers Holdings, Inc.


**ORDER**

IT IS SO ORDERED.

Dated:  December 1, 2006

_____
UNITED STATED DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Charles R. Breyer]

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED REQUEST TO ALLOW REPLY
BRIEF OF 25 PAGES -- Case No.  06-03787 CRB

17690\1121816.1